SHEFFIELD v. SHEFFIELD.

GEORGE, J.  After verdict and judgment in a libel for divorce, and dur-
ing the term at which they were rendered, the defendant made a motion
for new trial, which by order of the court was set down for a hearing
at chambers in vacation; the order providing also for the completion
of the motion and the filing of an approved brief of the evidence on
the day named for the hearing of the motion.  At the time and place
designated in the order, the motion having been regularly called for
hearing, and there being no appearance for the movant, the court, upon
motion of counsel for the respondent, passed an order dismissing the
motion for new trial.  Two days later, in vacation and at chambers,
the movant presented to the judge a motion to reinstate the motion
for a new trial; and the judge issued a rule nisi and assigned the
motion to reinstate for a hearing in vacation and at chambers at a later
date.  When it came on for hearing on the day so fixed, the respondent
through his counsel, answered the motion to reinstate and demurred
thereto.  The judge overruled the demurrer, passed an order reinstating
the original motion for a new trial, and set the original motion for new
trial for hearing on a date in vacation and at chambers.  When it came
on for hearing on the date so fixed, the judge passed an order over-
ruling the motion for a new trial.  The movant therein sued out a bill
of exceptions.  The respondent, by cross-bill of exceptions, assigned error
upon his pendente-lite exceptions to the overruling of his demurrer
to the motion to reinstate, and to the order reinstating the motion for
new trial.  *Held:*

1. Under the ruling in *Hinson* v. *Tanner*, 147 *Ga.* 804 (95 S. E. 687), and
   *Phœnix Bank* v. *Shirling*, 146 *Ga.* 163 (91 S. E. 23), and cases there
   cited, the judgment reinstating the motion for a new trial must be
   reversed.
2. The ruling made upon the cross-bill of exceptions disposes of the entire
   case; and it is unnecessary to pass upon the questions made in the
   main bill of exceptions.

*Judgment reversed on the cross-bill of exceptions; main bill of exceptions
   dismissed.  All the Justices concur.*

Nos. 828, 829.   OCTOBER 15, 1918.

Motion for new trial.  Before Judge Crum.  Dooly superior
court.  January 12, 1918.

*W. H. Lasseter, Jule Felton,* and *Jere M. Moore,* for plaintiff in error in main bill of exceptions.

*J. T. Hill* and *Powell & Lumsden,* contra.